# United States Court of Appeals
### For the Eighth Circuit

_____

No. 12-3277

_____

Kelvin Settle

*Plaintiff - Appellant*

v.

United States of America

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: January 23, 2013
Filed: February 19, 2013
[Unpublished]

_____

Before MURPHY, SMITH, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Federal inmate Kelvin Settle appeals the district court's[1] dismissal of his motion for return of property and denial of his motion to sanction the government.

_____

[1]The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.

Having carefully reviewed the record, we find no basis for reversal.  <u>See</u> 18 U.S.C. § 983(e)(1) (requirements for granting motion to set aside declaration of forfeiture include that moving party did not know or have reason to know of seizure within sufficient time to file timely claim); 18 U.S.C. § 1001 (false-statement offense and penalties do not apply to party to judicial proceeding).  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.  We also deny the pending motion.

_____